IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA HOGELAND,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VILLAGE OF ORLEANS, NEBRASKA, MARY ANN LEHMER, Individually and in her capacity as Village Clerk; BRUCE WERNER, Individually and in his capacity as Chairman of the Board of Trustees; and DAVID SNODGRASS, Individually and in his capacity as Board of Trustees;<br><br>　　　　　　Defendants. | **4:17CV411**<br><br>**ORDER** |

　　　　IT IS ORDERED that the final progression order is as follows:

1)　　The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 9, 2018, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on September 25, 2018 at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing.  Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 21, 2018.

3)　　A status conference to discuss the status of case progression and

potential settlement will be held with the undersigned magistrate judge on February 21, 2018 at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) Mandatory disclosures shall be served by January 26, 2018.

5) The deadline for moving to amend pleadings or add parties is February 15, 2018.

6) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 1, 2018. Motions to compel Rule 33 through 36 discovery must be filed by June 15, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

7) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):      March 15, 2018.
> 
> For the defendant(s):   April 26, 2018.

8) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):      March 15, 2018.
> 
> For the defendant(s):   April 26, 2018.

9) The deposition deadline is June 1, 2018.

10) The deadline for filing motions to dismiss and motions for summary judgment is July 2, 2018.[1]

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For

11) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 1, 2018.

12) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

13) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 17th day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.