IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA HOGELAND,<br><br>      Plaintiff,<br><br>vs.<br><br>VILLAGE OF ORLEANS, NEBRASKA, MARY ANN LEHMER, Individually and in her capacity as Village Clerk; BRUCE WERNER, Individually and in his capacity as Chairman of the Board of Trustees; and DAVID SNODGRASS, Individually and in his capacity as Board of Trustees;<br><br>      Defendants. | **4:17CV411**<br><br>**ORDER** |

A motion for summary judgment is pending. It was fully submitted only a week ago, and it will not be resolved before the pretrial conference currently set for September 25, 2018.

Accordingly,

IT IS ORDERED that on the court's own motion, the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

September 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge