IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RHONDA HOGELAND,

    Plaintiff,

vs.

VILLAGE OF ORLEANS, NEBRASKA, et al.,

    Defendants.

4:17-CV-411

JUDGMENT

Pursuant to the parties' Joint Motion for Dismissal with Prejudice (filing 37), this case is dismissed with prejudice, each party to bear its own attorney's fees and costs, complete record waived.

Dated this 25th day of February, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge